No. 02–128. R. M. S. Titanic, Inc. v. The Wrecked and Abandoned Vessel et al. C. A. 4th Cir. Certiorari denied.

No. 02–133. Memorial Medical Center v. Godwin et ux. Ct. App. N. M. Certiorari denied.

No. 02–134. Ratley v. City of Jacksonville. C. A. 11th Cir. Certiorari denied.

No. 02–140. Fraser et al. v. Major League Soccer et al. C. A. 1st Cir. Certiorari denied.

No. 02–141. Giannetti et al. v. Pruzinsky. C. A. 6th Cir. Certiorari denied.

No. 02–142. Ross v. Rail Car America, Inc., et al. C. A. 8th Cir. Certiorari denied.

No. 02–143. International Brotherhood of Teamsters, Local Union No. 744 v. Anheuser-Busch, Inc. C. A. 7th Cir. Certiorari denied.

No. 02–146. Neill v. Weinstein, Administrative Judge, Circuit Court of Maryland, Montgomery County. C. A. 4th Cir. Certiorari denied.

No. 02–147. Brost v. Briley, Warden. C. A. 7th Cir. Certiorari denied.

No. 02–148. Arora v. Board of Civil Service Commissioners et al. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 02–149. Spanish Cove Sanitation, Inc. v. Louisville and Jefferson County Metropolitan Sewer District. Sup. Ct. Ky. Certiorari denied.

No. 02–150. Chajmovicz v. United States. C. A. 2d Cir. Certiorari denied.

No. 02–151. LaFavre et al. v. Kansas Department of Revenue et al. Sup. Ct. Kan. Certiorari denied.

No. 02–152. Marx v. Meridian Bancorp, Inc., et al. C. A. 3d Cir. Certiorari denied.